UNITED STATES DISTRICT COURT                                    Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

ANTHONY DiPIPPO

                              Plaintiff(s),          **PROPOSED CIVIL CASE**
                                                     **DISCOVERY PLAN AND**
        - against -                                  **SCHEDULING ORDER**

COUNTY OF PUTNAM, et al.

                              Defendant(s).          __17___ CV __7948_____ (NSR)


--------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

    1.      All parties do not consent to conducting all further proceedings before a
            Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The
            parties are free to withhold consent without adverse substantive consequences.(If
            all parties consent, the remaining paragraphs of this form need not be completed.)

    2.      This case is to be tried to a jury.

    3.      Joinder of additional parties must be accomplished by

            _March 30, 2018_____.

    4.      Amended pleadings may be filed until _May 31, 2018_____.

    5.      Interrogatories shall be served no later than _May 30, 2018_____, and responses
            thereto shall be served within thirty (30) days thereafter.  The provisions of Local
            Civil Rule 33.3 shall apply to this case.

    6.      First request for production of documents, if any, shall be served no later than
            _March 30, 2018_____.

    7.      Non-expert depositions shall be completed by _April 1, 2019_____.

            a.      Unless counsel agree otherwise or the Court so orders, depositions shall not
                    be held until all parties have responded to any first requests for production
                    of documents.

            b.      Depositions shall proceed concurrently.

            c.      Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than  May 31, 2019                    .

9.      Requests to Admit, if any, shall be served no later than February 28, 2019              .

10.     Expert reports shall be served no later than  April 30, 2019              .

11.     Rebuttal expert reports shall be served no later than  May 31, 2019              .

12.     Expert depositions shall be completed by  July 1, 2019              .

13.     Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.     **ALL DISCOVERY SHALL BE COMPLETED BY**  July 1, 2019              .

15.     Any motions shall be filed in accordance with the Court's Individual Practices.

16.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.     The Magistrate Judge assigned to this case is the Hon. _____.

18.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.     The next case management conference is scheduled for _____, at _____.  (The Court will set this date at the initial conference.)


        SO ORDERED.

Dated:  White Plains, New York

        _____

                                        _____
                                        Nelson S. Román, U.S. District Judge