# Exhibit A

1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
2

3                         CASE NO.:  17-cv-7948-NSR-JCM

4
   ANTHONY DIPIPPO,
5
        Plaintiff,
6
   v.
7
   COUNTY OF PUTNAM, ET AL.,
8
        Defendants.
9   _____/

   VIDEOTAPED
10  DEPOSITION OF:      DENISE ROSE

11  DATE:               DECEMBER 13, 2018

12  TIME:               9:22 A.M. - 5:11 P.M.

13  TAKEN BY:           PLAINTIFF

14  PLACE:              ESQUIRE DEPOSITION SOLUTIONS
                        200 EAST ROBINSON STREET, SUITE 725
15                      ORLANDO, FLORIDA  32801

16  REPORTED BY:        DAYNA JONES, FPR, NOTARY PUBLIC,
                        STATE OF FLORIDA
17

18

19

20

21

22

23

24

25



1          Q.    -- line 5.

2                "Question:  And after this incident" -- this

3    is -- so this is from Exhibit -- I'm sorry.

4                Plaintiff's Exhibit -- is this 5 or 4?

5    Plaintiff's 4 is from the Krivak trial in '97, okay?

6          A.    Yes.

7          Q.    Still trying to tell the truth, right?

8          A.    Yeah.

9          Q.    All right.  Line 5, "And after this incident

10   on October 3rd, 1994, how much time went by before you

11   saw Anthony DiPippo again?"

12               "Answer:  About three or four months."

13               You've already told us that's a lie, right?

14         A.    January?  Wait.

15         Q.    You've already told us that was a lie,

16   correct?  You saw him every day between then?

17         A.    January or March, I saw him.

18         Q.    All right.  "And after three or four months,

19   what happened at that time, did you again remain

20   friendly with him?"

21               And it says, "Yes."

22               And then the question, line 11.  Let me know

23   when you're on line 11.

24         A.    Yeah.

25         Q.    "Okay.  And did there come a time after



```
 1  October 3rd, 1994 when you had any sexual relations with

 2  Anthony DiPippo?"

 3           "Answer:  Yes."

 4           "Question: Was that consensual?"

 5           "Answer:  Yes."

 6           "Question:  And when was that?"

 7           "Answer:  It was -- I believe that it was

 8  January of '95 or '96.  I'm sorry."

 9           "Question:  And what were your feelings toward

10  him at that time?"

11           "Answer:  I felt that I had to do that to stay

12  alive."

13           Do you see that?

14      A.   Yeah.

15      Q.   And that's -- that's the exact opposite of

16  what you just told us, correct?

17      A.   Right.

18      Q.   So which one is a lie?

19      A.   None.

20      Q.   They're both true?

21      A.   They're both true.

22      Q.   Okay.  It's the exact opposite of what you

23  just said under oath, but it's both -- but they're both

24  true?

25      A.   Yeah.
```



1  around her mouth, neck area and twisted it tight."

2         So here, under oath, you're stating that first

3  he tied the rope and then he put the bra in her mouth,

4  correct?

5         A.    That's what it says.

6         Q.    Okay.  And that's the exact opposite of what

7  you just told us, correct?

8         A.    That's what I said.

9         Q.    And you told us that you remembered it like it

10 was yesterday, you got mad at me for suggesting you

11 could be wrong, correct?

12        A.    Right.

13        Q.    And the reason that you have it mixed up here

14 as -- when you testified just now is because it never

15 happened and you're just making it up, right?  Which one

16 is true?  Was it the rope first or was it the -- in

17 this -- this vivid memory that caused you PTSD, what

18 happened first?  Was it as you testified under oath

19 in -- in the -- in this case, in 1997 or was it what you

20 just testified happened here today?  Did the rope go

21 first or did the bra go first?

22        A.    If you call me a liar one more time, I'm going

23 to punch you in the face.

24        Q.    Did the rope go first or did the --

25        A.    The rope went first.  Maybe I'll turn my



1   hearing aid up and I will punch you in your face.  Don't

2   put it past me.  All you're trying to do is defame my

3   character, so your asshole murderer wins.

4        Q.   You've just threatened me to assault me.  Are

5   you -- is that -- is that a serious threat?

6        A.   No.  You're -- you're threatening my

7   character.  Is that a threat?

8        Q.   All right.  Which one is true -- did you

9   tie -- which one is true, is it that the rope is tied

10  first or the bra is tied first?

11       A.   Well, if someone is getting raped and their

12  hands are swinging, what do you think would happen?

13       Q.   So which one is true?

14       A.   The rope.

15       Q.   Okay.  So can you explain why you testified

16  here, clearly under oath, that first -- why you

17  testified here, clearly under oath, that first it was

18  the bra in the mouth and then the rope?  What made you

19  remember the truth?

20       A.   Reading it.  I don't have testimony at home

21  like you.

22       Q.   Okay.

23       A.   I don't have a refresher.

24       Q.   But it's seared in your mind, right?

25       A.   Yeah.



1    Q.   All right.

2    A.   Are you going to keep threatening me with the,

3  you know, U.S. Marshal and another court order?  That's

4  a threat.

5    Q.   Careful about threatening me with assault

6  because I -- I will take all necessary action, if you --

7    A.   And I'll take necessary action next time you

8  threaten me with a court order.

9    Q.   Okay.

10    A.   I have people in higher places, too, just so

11  you know.

12    Q.   What people do you have in higher places?

13    A.   None of your business.

14    Q.   All right.

15    A.   I know a lot of people.

16    Q.   All right.  Now, one of the things that you

17  noticed very clearly was the scrunchie in Ms. Wright's

18  hair, right?

19    A.   Let me guess, that's a lie too.  That's a lie

20  too.  That her mother had to bury her skull with her

21  frickin' scrunchie on her head, that's a lie.

22    Q.   Well, you would agree, though, that one of the

23  things that happened during the rape was the scrunchie

24  fell out of her hair, correct?

25    A.   I know, because the hunter found her scrunchie



1  and go this way?  I didn't know what to do --

2       Q.   Okay.

3       A.   -- so I just sat there.

4       Q.   All right.  And it was about 15 minutes?

5       A.   Yeah.

6       Q.   And they were out of -- completely out of

7  earshot?

8       A.   Yeah, I couldn't -- yeah.

9       Q.   Okay.  And you knew the keys were in the van?

10      A.   I didn't know the keys were in the van.

11      Q.   You had no idea the keys were in the van?

12      A.   No, I didn't because Bill McGregor was slumped

13  over the wheel.

14      Q.   All right.

15      A.   So I wasn't going to disturb him.

16      Q.   But obviously if you knew the keys were in the

17  van, then you would have taken the van?

18      A.   Right.  You bet your ass I would have taken

19  the van.

20      Q.   What would you have done?

21      A.   I would have driven -- turned the van around

22  and driven to Fair Street --

23      Q.   To the police?

24      A.   Not to the police, to my house and woken my

25  father up and be like, yo, there's a dead girl in the



1  woods, let's go call somebody.

2      Q.   Okay.  So if you'd known the keys were there,

3  that's what you would have done?

4      A.   Yes.

5      Q.   And the reason that you didn't do that, the

6  reason you didn't drive to your house and tell your dad

7  there's a dead girl in the woods is because you didn't

8  know the keys were there?

9      A.   Yeah, if I knew they were there, I would have

10 been out of there.  Also, I could just about see Fair

11 Street, but I figured I'm not fast enough to run to that

12 road to get help.

13     Q.   Okay.

14     A.   So by the time I ran to the road, they would

15 have been out and chased me in the van and ran me over

16 anyway.

17     Q.   Okay.  So the two things you were thinking of

18 doing in the van during those 15 minutes was driving

19 away, but you didn't know you had the keys, right?

20     A.   Yes.

21     Q.   And the other thing you considered was that --

22     A.   Running.

23     Q.   -- you would run away.

24          Okay.  And you didn't do any of those things

25 because you were afraid?



1  car, I like that car, you know, what do you think about

2  this car, what should I do to this car.  It was simple,

3  like, you know --

4      Q.   Sure.

5      A.   -- we went -- went to the party.

6      Q.   But you said that your plan had been, if you

7  could, if you knew there were keys, to drive away and go

8  tell your father what happened?

9      A.   Yeah, I would have in a second.  I had no cell

10  phones.

11      Q.   Sure.  You would have done it without thinking

12  about it?

13      A.   Yeah.

14      Q.   That was the thing to do, even though you had

15  been threatened, you were going to do it?

16      A.   Yeah, I didn't care at that point.

17      Q.   Okay.  And then 30 minutes later you were

18  driven home, right?

19      A.   Yes.

20      Q.   And your father is home?

21      A.   Sleeping, yeah.

22      Q.   Why didn't you tell him then?

23      A.   Because they were sleeping.  They got up early

24  to go to work.

25      Q.   So the reason you didn't tell your father



1  about watching a 12-year-old get raped and murdered was

2  because you didn't want to wake him up?

3        A.    And I was scared shitless, man.  I ran up them

4  steps to my house, in my room and I prayed, please God,

5  let her wake up.  I knew she wasn't going to wake up.

6        Q.    But you just told us that your plan, if the

7  keys were there, was to drive home and tell your father?

8        A.    Yeah.

9        Q.    You were scared then?

10       A.    He was sleeping.

11       Q.    Okay.  I understand.

12       A.    How do you go home and tell your mom, hey, I,

13  you know, just witnessed a murder, Ma.  You don't.

14       Q.    Not when they're sleeping?

15       A.    Even if they weren't.

16       Q.    Okay.  But you said the reason -- the one

17  reason you didn't tell your father was because he was

18  sleeping?

19       A.    Yeah, he gets up at 5:00 in the morning and

20  drives to the Bronx to go to work.

21       Q.    He's got to get up early to go to work?

22       A.    Yeah.

23       Q.    You're not going to tell him about a murder in

24  the middle of the night?

25       A.    No, not while you're scared shitless you're



1  not, worried about who's knocking on your frigging door,

2  gonna kill you.

3      Q.   Okay.

4      A.   Remember, I'm 43 right now.  At the time I was

5  18 years old.

6      Q.   All right.

7      A.   Okay?

8      Q.   You told us that when they left the car --

9  they left the car with the body --

10     A.   God, man, you're so stupid.

11     Q.   -- you were already terrified, correct?

12     A.   Yeah.

13     Q.   But if you had the keys you would have gone

14  and told your father --

15     A.   If --

16     Q.   -- before he went to sleep?

17     A.   If I had the keys.

18     Q.   And my question is:  You were taken home just

19  30 minutes later, correct?

20     A.   Yeah.

21     Q.   There were no additional threats, correct?

22     A.   Except for, don't say nothing.

23     Q.   That was it.  You were just as -- you were

24  not -- you were just as scared as you were?

25     A.   Right.



1      Q.    And then you were home?

2      A.    Yeah, I went home --

3      Q.    Why did the plan change?  The plan was to tell

4  your father and then the plan changed not to; why?

5      A.    Because I was scared to death.

6      Q.    But you were scared in the car --

7      A.    Yes --

8      Q.    -- when they left?

9      A.    -- I didn't want to make my father up in a

10 frantic mess to go tell him that there's a dead girl in

11 the woods.

12     Q.    Okay.  So why didn't you tell him the next

13 day?

14     A.    Because I -- I was like, forget about it.  I'm

15 not going to say anything.

16     Q.    Okay.

17     A.    I need to get to the police was my main

18 objective.  Never did because I had DiPippo and Krivak

19 up my ass all the time.

20     Q.    Okay.  So I got it.

21     A.    I couldn't get there, couldn't.

22     Q.    So your -- your plan when you went home was to

23 first tell your father, correct?

24     A.    Right.

25     Q.    But you didn't because he was sleeping?



 1      A.   Right.

 2      Q.   And then you were going to tell him in the

 3  morning and you decided, I'm not going to do that

 4  anymore.

 5      A.   They left actually --

 6      Q.   Who left?

 7      A.   -- the next morning.

 8           My parents.

 9      Q.   Okay.  So the reason you didn't tell them the

10  next morning is because he left?

11      A.   Yeah, they went somewhere.  They went out.

12      Q.   Okay.  And then, you didn't tell him for the

13  next three years?

14      A.   I didn't.  Two-and-a-half.

15      Q.   Okay.  And the reason you -- the other plan

16  was to go to the police and tell them what you had seen?

17      A.   Right.

18      Q.   But the reason you didn't go to the police is

19  because you were never not with Anthony --

20      A.   Right.

21      Q.   -- or Andrew?

22      A.   They were always with me, always asking where

23  I am, what am I doing.

24      Q.   If you would have had a day where there was no

25  Anthony or Andrew, you would have gone to the police?



```
 1        A.    Exactly.
 2        Q.    But it was every day, every minute of every
 3   day --
 4        A.    Calling me on the phone --
 5        Q.    Right.
 6        A.    -- knocking on my door.
 7        Q.    If you just had a couple of hours free, you
 8   could have gone to the police?
 9        A.    I could have.
10        Q.    But you didn't because you never did?
11        A.    Right.
12        Q.    In other words, the reason you didn't go to
13   the police for those three years -- two-and-a-half years
14   is because every hour of every day Anthony and Andrew
15   were there?
16        A.    Or at night.
17        Q.    Okay.
18        A.    They were asking me, where am I?  What am I
19   doing?  Where are you going?
20        Q.    Right.
21        A.    Calling my father on the phone, where is she,
22   where is she?  I had to escape Carmel to go to the Bronx
23   to hang out with my Latin King friend to get away from
24   them.
25        Q.    Okay.
```



 1  house?

 2       A.   I don't know.

 3       Q.   All right.  And so the reason that you didn't

 4  call the police to your house when you were home alone

 5  is because you were tired and had to get up for work?

 6       A.   Basically.  I mean, I worked 4:00 in the

 7  morning until 1:00 in the afternoon.

 8       Q.   Okay.  And that's why you didn't call the

 9  police to your house?

10       A.   Right.

11       Q.   Otherwise, if you hadn't been so tired, you

12  would have called the police and had them come to your

13  house?

14       A.   Right.  I went to the police when I was

15  called.

16       Q.   It was that you were tired for two-and-a-half

17  years, so that's why you didn't call the police.

18       A.   You're such an asshole.

19       Q.   Right?

20       A.   No, wrong.

21       Q.   So why didn't you call the police to your

22  house?

23       A.   Because I had felt threatened -- my life was

24  threatened.

25       Q.   Well, you told us about the threat that --



 1  for lunch, let's take a look at the 2016 trial.

 2      A.   Yeah, that was a joke, too.  God knows the

 3  truth.  He'll be judged for that shit.  I'll probably be

 4  in hell with them, but at least I know the truth and God

 5  knows the truth.

 6      Q.   Why will you be in hell with them?

 7      A.   Because I'm no angel.  You'll probably be

 8  right there with us.

 9      Q.   Take a look at page 450 of Exhibit 1.  This is

10  your most recent testimony in 2016.

11      A.   460?

12      Q.   450.  This is you on cross-examination.

13      A.   What line?

14      Q.   Before I get there, let me ask you something.

15           The -- the --

16      A.   Another trick question.

17      Q.   The dashboard lights were always on, correct?

18      A.   Yep.

19      Q.   All right.  Take a look at page 450.

20      A.   Another trick question.

21           Okay.

22      Q.   Line 7, "Question:  Now, you were saying that

23  there was light coming from a tape deck and from the

24  dashboard?"

25           "Answer:  Yes."



1           "Question:  Was the van running or not?"

2           "Answer:  No, parking lights were on would

3    make the tape deck lights on and dashboard lights stay

4    on."

5           "Question:  So the van, the key was in the

6    ignition?"

7           "Answer:  Yes."

8           "So that's what caused the lights to be on?"

9           "Answer:  Yes."

10          Do you see that testimony?

11      A.   Yes.

12      Q.   In other words, you're admitting that you knew

13   the keys were in the ignition, correct?

14      A.   Okay.  My bad.

15      Q.   Okay.  Let's take a look -- just to make sure

16   we're clear, take a look at page 454.

17      A.   Do you know how many colored -- different

18   colored socks you have in your drawer?  I mean, can you

19   tell me right now what they are?

20      Q.   Take a look at 454, line 10.

21      A.   Yeah.

22      Q.   "You didn't make any mention that they took

23   the keys of the van with them."

24          "Answer:  They didn't take the keys with

25   them."



 1            "Question:  The keys to the van were still --
 2   the keys to the van were still in the van, right?"
 3            "Answer:  Yes, they were."
 4            "Question:  And you have a driver's license
 5   and you knew how to drive, right?"
 6            "Answer:  Yes, I do."
 7            "Question:  And you didn't drive that van
 8   away?"
 9            "Answer:  No, I did not."
10            "Question:  Now, you knew that area, there are
11   houses nearby, right?"
12            "Answer:  Yes."
13            "Question:  You could drive to Fair Street,
14   three tenths of a mile away and go to a house, correct?"
15            "Yes, I could have."
16            "Question:  You have a van with keys,
17   correct?"
18            "Answer:  Yes, I did."
19            "Question:  You are telling us you were
20   perfectly sober and in full control of your faculties,
21   right?"
22            "Answer:  Yes, I was."
23            "Question:  You didn't drive that van away
24   with the keys, did you?"
25            "Answer:  No, I did not."



 1       A.   As I said, Bill McGregor was slumped over the

 2   wheel, so what was I going to do, move a 400-pound guy

 3   to get keys out?

 4       Q.   Okay.  But you understand that you just told

 5   us the reason that you didn't drive the van away and

 6   tell your father, as you had been planning to do, was

 7   because you didn't know the keys were in the van,

 8   correct?

 9       A.   Right.  I was unsure that the keys were in

10   van.

11       Q.   Okay.  You -- you just saw your testimony

12   where you said that you knew the keys were in the van

13   because that's why you knew the dashboard lights were

14   on.  Do you see that?

15       A.   Well, they have to be on for the parking

16   lights to be on.

17       Q.   So in other words, when you just told us that

18   you didn't know the keys were in the van, that was a

19   lie, correct?

20       A.   I guess.

21       Q.   Okay.  And it was a lie to help make your

22   story sound more believable, correct?

23       A.   No, my story is believable.

24       Q.   So then why did you just lie when you said you

25   didn't know the keys were in the van?



1       Q.    You are under a court subpoena.

2       A.    What is this about?

3       Q.    I'm telling you --

4       A.    Tell me what this is about (indicating).

5       Q.    I'm telling you as an officer of the court --

6       A.    I don't give a shit what you are.

7       Q.    -- you need -- you need to answer questions.

8       A.    I don't have to answer -- I came here for one

9   reason.

10      Q.    So here's how it's going to go.

11      A.    I came here for one reason, for DiPippo's

12  wrongful conviction.

13      Q.    I'm going to --

14      A.    You're a fucking liar.

15      Q.    I'm going to ask you questions.

16      A.    I'm not answering.

17      Q.    You can continue to answer questions.

18      A.    You're a fucking liar.

19      Q.    Are you -- are you stopping the deposition?

20      A.    You're a fucking liar.

21      Q.    Are you stopping the deposition?

22      A.    You're a fucking liar.  I don't have to answer

23  you.  I don't have to answer you.  I don't have to

24  answer you.  I don't have to answer you.

25      Q.    Okay.



1        A.    That's how you're acting.   I'm not answering

2    you.

3        Q.    So are you refusing to answer questions?

4        A.    Are you?

5              MR. BRUSTIN:   Why don't we call the judge.

6    BY MR. BRUSTIN:

7        Q.    Do you want us to call the judge?

8        A.    I don't give a fuck.   Call the dogs, call the

9    judge, call who you want.   I'm -- you brought me here

10   for -- on my paper to -- for a wrongful conviction --

11   from DiPippo to Putnam County.

12       Q.    All right.   So now I'm going to ask you some

13   questions about your interaction with Castaldo regarding

14   the conviction.   Okay?   So let's do that.

15       A.    What does that have to do with it?

16       Q.    Take a look at the document.

17       A.    What document?   There's --

18       Q.    The ones right in front of you.   So I want you

19   to take a look at what -- what exhibit is this?

20       A.    Don't threaten me with a judge because I know

21   a lot of judges, too.

22       Q.    All right.

23       A.    Right.

24       Q.    It's our judge in this case.

25             MR. SAWYER:   Exhibit 8.



 1  BY MR. BRUSTIN:

 2        Q.   Number 8, let's take a look at No. 8.

 3        A.   I'm looking at it, so what.

 4        Q.   All right.  So this is your effort, in

 5  No. 8 --

 6        A.   All you're trying to do is prove I'm a liar

 7  and you're wrong.

 8        Q.   Okay.  So let's take a look -- this is your

 9  effort on -- on August 2nd -- on April 2nd to describe

10  the best you can without telling them that -- withdrawn.

11        What you're thinking in your mind on April 2nd

12  is you're going to describe what happened, but you're

13  not going to tell them that Anthony and Andrew killed

14  Ms. Wright in front of you, correct?

15        A.   (Indicating.)

16        Q.   Is that correct?

17        A.   (Indicating.)

18        Q.   You need to answer out loud.

19        A.   Yeah.

20        MR. BRUSTIN:  Did you get that?

21  BY MR. BRUSTIN:

22        Q.   You have to answer yes or no.

23        A.   Yeah.

24        Q.   Okay.  So take a look at page 40691.

25        MR. BRUSTIN:  You know what, do you have the



1   judge's number?  Let's call the judge.

2        MR. RANDAZZO:  Who is the magistrate?

3        MR. SAWYER:  Judge McCarthy.

4        THE WITNESS:  Which is it, 406 what?

5        THE COURT REPORTER:  What judge?  I'm sorry.

6        MR. RANDAZZO:  McCarthy.

7        THE WITNESS:  It's not on here, sorry.

8        MR. BRUSTIN:  Can we get a conference call?

9        THE WITNESS:  I don't have this.

10       THE COURT REPORTER:  Can we go off the record?

11       MR. BRUSTIN:  Yeah.

12       And why don't you step out for now.  If the

13  judge wants to talk to you, we'll bring you back

14  in.

15       THE WITNESS:  No, I don't feel like stepping

16  out.  I'm part of this for a reason.  I fucking

17  came down here.  I drove down here.  There's no

18  need for me to leave.

19       MR. SUMNER:  I have a number.  Ready?

20       MR. BRUSTIN:  Okay.  We know who we need to

21  call, so let's get a phone going.

22       We can go off the record.

23       THE VIDEOGRAPHER:  We're off the record at

24  2:10 p.m.

25       (A discussion was held off the record.)



1                    CERTIFICATE OF OATH

2

   STATE OF FLORIDA
3
   COUNTY OF ORANGE
4

5       I, DAYNA JONES, FPR, Shorthand Reporter and Notary

6  Public, State of Florida, certify that DENISE ROSE

7  personally appeared before me and was duly

8  sworn/affirmed.

9       WITNESS my hand and official seal this 13th day of

10 December, 2018.

11

12

13

14

15

16

17            _Dayna Jones_

18       _____
         Dayna Jones, FPR, Notary Public
19       State of Florida, My Commission:
         GG079725, Expires:  March 15, 2021
20

21

22

   **Personally Known _____ OR Produced Identification X
23 Type of Identification Produced:  Florida Driver's
   License

24

25



1                    CERTIFICATE OF REPORTER

2

    STATE OF FLORIDA
3
    COUNTY OF ORANGE
4

5        I, DAYNA JONES, FPR, Shorthand Reporter and Notary

6   Public, State of Florida, HEREBY CERTIFY that I was

7   authorized to and did stenographically report the

8   deposition of DENISE ROSE; that a review of the

9   transcript was requested; and the foregoing transcript,

10  pages 1 through 396, is a true and accurate record of my

11  stenographic notes.

12       I FURTHER CERTIFY that I am not a relative,

13  employee, attorney or counsel of any of the parties, nor

14  am I a relative or employee of any of the parties'

15  attorneys or counsel connected with the action, nor am I

16  financially interested in the action.

17       Dated this 27th day of December, 2018.

18

19

20

21

22
                    
23
    _____
24                  DAYNA JONES, FPR, Notary Public
                    State of Florida at Large
25