UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY DiPIPPO,

                           Plaintiff,

-against-

COUNTY OF PUTNAM, *et al.*,

                           Defendants.
-----------------------------------------------------------x

**2ND REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

17 Civ. 7948 (NSR)(JCM)

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The case is to be tried to a jury.

2. Non-expert depositions shall be completed by March 30, 2020.

    a. Unless counsel agree otherwise or the Court "So Orders," depositions shall not be held until all parties have responded to any first requests for production of documents.
    b. Depositions shall proceed concurrently.
    c. Whenever possible, unless counsel agree otherwise or the Court "So Orders," non-party depositions shall follow party depositions.

3. Any further interrogatories, including expert interrogatories, shall be served no later than February 27, 2020.

4. Requests to admit, if any, shall be served no later than February 27, 2020.

5. Expert reports shall be served no later than January 29, 2020.

6. Rebuttal expert reports shall be served no later than February 27, 2020.

7. Expert depositions shall be completed by March 30, 2020.

8. **ALL DISCOVERY SHALL BE COMPLETED BY MARCH 30, 2020.**

9. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court.

Dated: September 12, 2019
White Plains, New York

**SO ORDERED:**

*[signature]*

JUDITH C. McCARTHY
United States Magistrate Judge