

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081  99 Hudson Street, 8th Floor
Fax: [212] 965-9084  New York, New York 10013
　　　　　　　　　　　　nsbcivilrights.com

October 10, 2019

Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10606

　　　　　　Re:  *DiPippo v. County of Putnam*, 17-cv-7948 (NSR) (JCM)

Dear Judge McCarthy:

　　　Plaintiff has been in contact with the Orange County District Attorney's Office (OCDA) regarding the Court's October 2, 2019 order, D.E. 59, ordering production of documents related to Defendant Castaldo's prosecution by October 15, 2019, for in camera review. The OCDA has informed us that due to the holidays this week and competing deadlines in other cases, it will be unable to meet the Court's deadline. On behalf of the OCDA, we respectfully request an extension until October 22, 2019, for the OCDA's compliance with the Court's order.

　　　OCDA representative Andrew Kass has informed Plaintiff's counsel that his office would not oppose an unsealing order provided we received the material under the standing protective order in this case—which we have agreed to do. Mr. Kass plans to attend the October 25 in-person conference to further advise the Court of the OCDA's position.

　　　Mr. Kass has reviewed and approved this letter, which we are also sending to him by email.

　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　/s/ Rick Sawyer
　　　　　　　　　　　　　　　　　　Rick Sawyer
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

CC:　　All counsel of record, via ECF
　　　　Andrew Kass, via email (akass@orangecountygov.com)

1