# Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

January 2, 2020

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10606

    Re: *DiPippo v. County of Putnam*, 17-cv-7948 (NSR) (JCM)

Dear Judge Román:

  The parties write jointly to respectfully request adjournment of the case management conference currently scheduled for January 10, 2020. The Court previously set this date following the initial extension of discovery deadlines. *See* D.E. 49. The Court, however, did not adjourn this date following the second extension of discovery deadlines. *See* D.E. 52. Because discovery is now set to close March 30, 2020, the parties respectfully request an adjournment of the case management conference until April 10, 2020.

               Respectfully,

               /s/ Rick Sawyer

               Rick Sawyer
               *Attorney for Plaintiff*

CC: All counsel of record, via ECF

**MEMO ENDORSED**

The application is  X  granted.
       ___ denied.

Nelson S. Román, U.S.D.J.
Dated: Jan. 2, 2020
White Plains, New York 10601

Due to an extension of the discovery deadline, the conference is adjourned from January 10, 2020 to a date after April 10, 2020 to be determined by the Court. Clerk of the Court requested to terminate the motion (doc. 69).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020

1