# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DiPIPPO,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF PUTNAM, *et al.*,<br><br>        Defendants. | Case Number: 17-cv-7948-NSR-JCM<br><br>**ORDER FOR LEAVE TO<br>DEPOSE A PERSON IN PRISON** |

    The Court, after reviewing the application by Plaintiff Anthony DiPippo, consented to by all parties, and considering the grounds therefore, does hereby order:

1. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Anthony DiPippo has this Court's leave to take the deposition testimony of Howard Gombert, a person incarcerated at the Cheshire Correctional Institution, located at 900 Highland Avenue, Cheshire, CT 06410;
2. The deposition of Howard Gombert will be taken on January 31, 2020; and
3. The deposition of Howard Gombert shall be recorded stenographically and videographically.

IT IS SO ORDERED.

DATE: 1-22-2020

                                              _Judith C. McCarthy_
                                              Hon. Judith C. McCarthy, U.S.M.J.
                                              U.S. District Court, Southern District of New York