# PORTALE | RANDAZZO

**MEMO ENDORSED**

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

April 20, 2020

**VIA ECF**

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

      Re:    Anthony DiPippo v. County of Putnam, et al.
               17 Civ. 7948 (NSR) (JCM)

Dear Judge Román:

      This firm represents the Defendants in the above matter. On consent, I am requesting that the status conference scheduled for April 24 at 11:30 a.m. be adjourned to a date after July 17, 2020 as Magistrate Judge McCarthy recently extended the discovery deadline to that date. (Doc. No. 84).

      Thank you for your courtesies.

                                Respectfully,

                                James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)

Due to an extension of the discovery deadlines, the Status Conf. scheduled for April 24, 2020 is adjourned until July 24, 2020 at 11:30 am. Clerk of the Court requested to terminate the motion (doc. 85).

Dated: April 21, 2020        SO ORDERED.

                                Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2020

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601
WWW.PORTALERANDAZZO.COM
MAIN: 914-359-2400 | FAX: 914-801-5447