# PORTALE | RANDAZZO

**MEMO ENDORSED**

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

June 2, 2020

**VIA ECF**

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Status Conf. is adjourned from July 24, 2020 until Sept. 16, 2020 at 11:30 am. Clerk of the Court requested to terminate the motion (doc. 88).

Dated: June 2, 2020

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

Re:   Anthony DiPippo v. County of Putnam, et al.
      17 Civ. 7948 (NSR) (JCM)

Dear Judge Román:

This firm represents the Defendants in the above matter. On consent, I am requesting that the status conference scheduled for July 24, 2020 at 11:30 a.m. be adjourned to a date after August 3, 2020 as Magistrate Judge McCarthy has stayed discovery until that date. (See June 1, 2020 Minute Entry).

Thank you for your courtesies.

Respectfully,

James A. Randazzo

JAR/cp
Enclosure
cc:   Counsel of Record (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2020

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601
WWW.PORTALERANDAZZO.COM
MAIN: 914-359-2400 | FAX: 914-801-5447