**MEMO ENDORSED**

# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@PortaleRandazzo.com
Direct Dial: 914-359-2410

August 3, 2020

**VIA ECF**
Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

       Re:    **Anthony DiPippo v. County of Putnam, et al.**
             **17 Civ. 7948 (NSR)**

Dear Judge Román:

    This firm represents the Defendants in the above matter. On consent, I am requesting that the status conference scheduled for September 16, 2020 at 11:30 a.m. be adjourned to a date after November 30, 2020 as Magistrate Judge McCarthy has extended the deadline to complete discovery until that date. (See August 3, 2020 Minute Entry).

    Thank you for your courtesies.

                             Respectfully,

                             James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)

Due to the extension of the discovery cutoff date, Defendants' request to adjourn the Status Conf. from Sept. 16, 2020 until Dec. 18, 2020 at 10:30 am is granted. Clerk of the Court requested to terminate the motion (doc. 90).

Dated: August 3, 2020      SO ORDERED.

                           Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2020

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601

WWW.PORTALERANDAZZO.COM

MAIN: 914-359-2400 | FAX: 914-801-5447