# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

August 13, 2020

**VIA ECF**
Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

      Re:    **Anthony DiPippo v. County of Putnam, et al.**
            **17 Civ. 7948 (NSR) (JCM)**

Dear Magistrate Judge McCarthy:

      Please be advised that the above-referenced matter has been settled. The parties request forty-five (45) days to finalize the settlement documents and to file a Stipulation of Discontinuance with the Court.

      Thank you for your courtesies and assistance.

                          Respectfully,

                          James A. Randazzo

JAR/cp
cc:    Counsel of Record (via ECF)