UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Anthony DiPippo,

                        Plaintiff,

-against-

County of Putnam, Putnam County Sheriff's Department
Sheriff Robert Thoubboron in his individual capacity,
Putnam County Sheriff's Department Investigators Dan
Stephens, Patrick Castaldo, Bill Quick, and Putnam County
Sheriff's Department Officer Victor Nestor, in their
individual capacities,

                        Defendant.
------------------------------------------------------------------x

**SO ORDERED STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

17-cv-7948 (NSR)(JCM)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned, that this action is hereby dismissed with prejudice against Defendants, and without costs or fees, including attorney's fees or other fees, to any party.

NEUFELD SCHECK & BRUSTIN, LLP
*Attorneys for Plaintiff*
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081

By: _____
Nick Brustin

PORTALE RANDAZZO LLP
*Attorneys for Defendants*
245 Main Street, Suite 340
White Plains, New York 10601
(914) 359-2400

By: _____
James A. Randazzo

SO ORDERED:

_____
Nelson S. Román, U.S.D.J.

Dated: White Plains, New York
       September ___, 2020

October 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020